UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
COLONY INSURANCE COMPANY,                          :
:
Plaintiff,         :
:   23 Civ. 6979 (JPC)
-v-                  :
:   <u>ORDER</u>
CENTURY SURETY COMPANY and URY D.                  :
VILLATORO-VASQUEZ,                                 :
:
Defendants.       :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 10, 2023, Plaintiff filed an Amended Complaint. Dkt. 8. On September 19, 2023, Defendant Century Surety Company filed a motion to dismiss the Amended Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), for lack of subject matter jurisdiction under Rule 12(b)(7), and upon the grounds that Plaintiff failed to join required parties under Rule 19. Dkts. 15-16. Defendant Century Surety Company did not file a pre-motion letter requesting a conference with the Court to discuss its motion in accordance with the undersigned's Individual Rules and Practices in Civil Cases, which can be viewed at https://www.nysd.uscourts.gov/hon-john-p-cronan. *See* Rule 6.A. Accordingly, the Court denies Defendant's motion without prejudice to refiling after compliance with the Court's Individual Rules.

SO ORDERED.

Dated: September 20, 2023
      New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge