UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
             :
COLONY INSURANCE COMPANY,         :
             :
          Plaintiff,         :
             :         23 Civ. 6979 (JPC)
     -v-             :
             :         <u>ORDER</u>
CENTURY SURETY COMPANY and URY D. :
VILLATORO-VASQUEZ,         :
             :
         Defendants.       :
             :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On October 10, 2023, the Court held a conference to discuss Defendant Century Company's proposed motion to dismiss. *See* Dkts. 19, 21, 23. Defendant shall file its motion by October 16, 2023. Plaintiff's opposition is due November 6, 2023, and Defendant's reply, if any, is due November 20, 2023.

    By October 17, 2023, the parties shall also file a joint proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

    SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge